

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Nov 06 2019

ARTHUR JOHNSTON, CLERK

By: _____ ; Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
3 - NORTHERN DIVISION (Jackson)

UNITED STATES                                      PLAINTIFF

VERSUS                            CRIMINAL NO:   3:19CR108DPJ-FKB-01

SHARALYN McCLAIN                                   DEFENDANT

### NOTICE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that _Brooke Sullivan_____ has been assigned as

Probation Officer for Defendant _SHARALYN McCLAIN____ and should be noticed of all

future pleadings by adding as an Interested Party to said case.

**OR**

### NOTICE OF CHANGE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that _____ has been assigned as

Probation Officer for Defendant _____ and should be noticed

of all future pleadings by adding as an Interested Party to said case.  Probation Officer

_____ is no longer assigned to this defendant and should be

terminated as an Interested Party for notice.

MARK D. QUARLES
CHIEF U.S. PROBATION OFFICER

By: _____   Kevin Wright
                               2019.11.06 15:52:57 -06'00'